UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD H. NELSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 10-cv-04089 |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____
Ross S. Enders, Esquire
Attorney for the Defendant
Date: 9/22/10

_____
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff
Date: 9/23/10

BY THE COURT:

_____ J.